994 A.2d 1078

Richard HUANG and Cheri Huang, Petitioners

v.

XUE WANG XUE, Respondent.

No. 164 EM 2009.

Supreme Court of Pennsylvania.

April 8, 2010.

## ORDER

PER CURIAM.

AND NOW, this 8th day of April, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**